# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------X
HARLAN GOLDBERG AND H GOLD LLC,

      Plaintiff(s),

                                        Index No. 651458/2023
   -against-                           AFFIDAVIT OF SERVICE

BESPOKE REAL ESTATE LLC, et al.,

      Defendant(s).
--------------------------------------------------------------X
STATE OF NEW YORK   )
      S.S.
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 24TH day of April, 2023, at approximately the time of 2:15p.m, at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served SUMMONS AND COMPLAINT AND NOTICE OF ELECTRONIC FILING upon BESPOKE LUXURY MARKETING LLC, in this action, by delivering to and leaving with SUE ZOUKY, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service, deponent paid said Secretary of State a fee of forty dollars, that said service was made pursuant to Section 303 of the Limited Liability Company Law.

        Deponent further says that she knew the person so served as foresaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State Street
Suite 220
Albany, NY 12207
518-449-8411
www.dlsny.com



SUE ZOUKY is a white female, approximate 60 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 120 pounds with brown hair.

DEBORAH LaPOINTE

Sworn to before me this 25TH
day of April, 2023

NOTARY PUBLIC

KELLY A BRUNELLE
NOTARY PUBLIC, STATE OF NEW YORK
Certified in Rensselaer County
ID# 01BR5049626
Commission Expires 9/18/25

D.L.S., Inc.
100 State Street
Suite 220
Albany, NY 12207
518-449-6411
www.dlsny.com

DEMOVSKY LAWYER SERVICE
Premier Nationwide Document Retrieval and Process Service Company

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X
HARLAN GOLDBERG AND H GOLD LLC,

        Plaintiff(s),

                              Index No. 651458/2023
-against-                        AFFIDAVIT OF SERVICE

BESPOKE REAL ESTATE LLC, et al.,

        Defendant(s).
-------------------------------------------------------------X
STATE OF NEW YORK   )
        S.S.
COUNTY OF ALBANY     )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 24TH day of April, 2023, at approximately the time of 2:15p.m, at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served SUMMONS AND COMPLAINT AND NOTICE OF ELECTRONIC FILING upon BESPOKE REAL ESTATE LLC, in this action, by delivering to and leaving with SUE ZOUKY, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service, deponent paid said Secretary of State a fee of forty dollars, that said service was made pursuant to Section 303 of the Limited Liability Company Law.

        Deponent further says that she knew the person so served as foresaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State Street
Suite 220
Albany, NY 12207
518-449-8411
www.dlsny.com



**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company

SUE ZOUKY is a white female, approximate 60 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 120 pounds with brown hair.

_____
DEBORAH LaPOINTE

Sworn to before me this 25TH
day of April, 2023

_____
NOTARY PUBLIC

KELLY A BRUNELLE
NOTARY PUBLIC, STATE OF NEW YORK
Certified in Rensselaer County
ID# 01BR5049626
Commission Expires 9/18/25

D.L.S., Inc.
100 State Street
Suite 220
Albany, NY 12207
518-449-8411
www.dlsny.com