# EXHIBIT D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

HARLAN GOLDBERG and H GOLD LLC,

                    *Plaintiffs*,

vs.

BESPOKE REAL ESTATE LLC, BESPOKE LUXURY MARKETING LLC, BESPOKE REAL ESTATE FLORIDA LLC, and PMG RESIDENTIAL, LLC,

                    *Defendants*.

Index No: 651458/2023

**STIPULATION EXTENDING TIME TO SERVE ANSWER OR MOVE AGAINST THE COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for Plaintiffs, HARLAN GOLDBERG and H GOLD LLC (the "Plaintiffs"), and counsel for Defendants BESPOKE REAL ESTATE LLC, BESPOKE LUXURY MARKETING LLC, and BESPOKE REAL ESTATE FLORIDA LLC (collectively, the "Bespoke Defendants"), that:

1.    The Bespoke Defendants' time to answer or move against Plaintiffs' Summons and Complaint in this action, dated March 21, 2023 (NYSCEF Doc. No. 1) (the "Summons and Complaint") is extended to, and includes, Wednesday, June 14, 2023.

2.    The undersigned counsel for Bespoke Defendants agrees to accept service of the Summons and Complaint, via email sent to such undersigned counsel, on behalf of Defendant BESPOKE REAL ESTATE FLORIDA LLC, and agrees to accept service of all other papers in the above-captioned action on behalf of all of the Bespoke Defendants.

3.    The Bespoke Defendants, admitting to the good and proper service of the Summons and Complaint previously upon Defendants BESPOKE REAL ESTATE LLC and BESPOKE LUXURY MARKETING LLC, and upon Defendant BESPOKE REAL ESTATE FLORIDA LLC through its undersigned Counsel as herein agreed in paragraph 2 above, hereby consent to the

personal jurisdiction of this Court and waive all defenses based upon lack of personal jurisdiction, insufficiency of process, or insufficiency of service of process.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be signed in counterparts, and that facsimile and electronic signatures shall have the same force and effect as original signatures.

Dated: New York, New York
May 23, 2023

ADAM LEITMAN BAILEY, P.C.
& SEIDEN, LLP

By: *Brandon M. Zlotnick*
Adam Leitman Bailey
Brandon M. Zlotnick
*Attorneys for Plaintiffs*
One Battery Park Plaza, 18th Floor
New York, New York 10004
Phone: (212) 825-0365
alb@alblawfirm.com
bzlotnick@alblawfirm.com

Dated: Woodbury, New York
May 22, 2023

MILBERMAKRIS PLOUSADIS

By: *Elizabeth R. Gorman*
Elizabeth R. Gorman
*Attorneys for Defendants*
1000 Woodbury Road, Suite 402
Woodbury, NY 11797
Phone: (516) 870-1145
egorman@milbermakris.com

[917156/3]

Stipulation Extending Time to Serve Answer or Move Against the Complaint
Page 2