# EXHIBIT E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| HARLAN GOLDBERG, H GOLD LLC, and JARRET WILLIS, <br><br>   *Plaintiffs*, <br><br> -against- <br><br> BESPOKE REAL ESTATE LLC, BESPOKE LUXURY MARKETING LLC, BESPOKE REAL ESTATE FLORIDA LLC, ZACHARY VICHINSKY, and CODY VICHINSKY, <br><br>   *Defendants*. | Index No.: 651458/2023 <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK        )
                         ) :ss
COUNTY OF NEW YORK       )

KRISTEN GARONE, being duly sworn, deposes and says:

That I am not a party to this action, that I am over the age of 18 years, and that I have a business address at One Battery Park Plaza, 18th Floor, New York, New York 10004.

That on the 13th day of June, 2023, I served the **AMENDED SUMMONS, AMENDED COMPLAINT, and EXHIBITS** upon:

Elizabeth R. Gorman, Esq.
Milber Makris Plousadis & Seiden, LLP
1000 Woodbury Road
Woodbury, New York 11797
egorman@milbermakris.com

by first-class mail, by depositing a true copy of same, enclosed in a post-paid, properly addressed envelope, in an official depository within the exclusive care and custody of the United States Postal Department within the State of New York; and by electronic mail via their respective electronic mail address.

_____
KRISTEN GARONE

Sworn to before me on
This 16th day of June 2023

_____
Notary Public

SAMANTHA E HOROWITZ
Notary Public - State of New York
NO. 01HO0000559
Qualified In New York County
My Commission Expires Feb 3, 2027