# EXHIBIT F

**DLS — DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------X
HARLAN GOLDBERG, H GOLD LLC, and JARRET
WILLIS,

           Plaintiffs,                               Index No. 651458/2023

        -against-                                 AFFIDAVIT OF SERVICE

BESPOKE REAL ESTATE LLC, ET AL.,

           Defendants.
--------------------------------------------------------------------X
STATE OF FLORIDA      )
                           S.S.
COUNTY OF Miami-Dade

        **JESUS GUERRA**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 15 day of June, 2023, at approximately the time of 1:15 pm, deponent served a true copy of the **AMENDED SUMMONS, AMENDED COMPLAINT AND EXHIBITS** upon **ZACHARY VICHINSKY**, c/o Bespoke Real Estate Florida LLC at 119 Washington Avenue, Suite 500, Miami Beach, FL 33139, by personally delivering and leaving the same with **IRA HASSON**, Manger, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked **IRA HASSON** if **ZACHARY VICHINSKY** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **IRA HASSON** is a white male, approximately 50 years of age, stands approximately 5 feet 8 inches tall, and weighs approximately 180 pounds with black hair and was wearing glasses.

_____
JESUS GUERRA

Sworn to before me this
20 day of June, 2023

_____
NOTARY PUBLIC

MURRAY NEAL
MY COMMISSION # HH 010907
EXPIRES: September 13, 2024
Bonded Thru Notary Public Underwriters

\# 290225

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com

1 of 2

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
HARLAN GOLDBERG, H GOLD LLC, and JARRET
WILLIS,

           Plaintiffs,           Index No. 651458/2023

      -against-              AFFIDAVIT OF MAILING

BESPOKE REAL ESTATE LLC, ET AL.,

           Defendants.
------------------------------------------------------------------X
STATE OF NEW YORK   )
                           S.S.
COUNTY OF NEW YORK )

        **SHIRLEY CHEN**, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 15 day of June, 2023, deponent served a true copy of the **AMENDED SUMMONS, AMENDED COMPLAINT AND EXHIBITS** upon **ZACHARY VICHINSKY** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

ZACHARY VICHINSKY
C/O BESPOKE REAL ESTATE FLORIDA LLC
119 WASHINGTON AVENUE
SUITE 500
MIAMI BEACH, FL 33139

SHIRLEY CHEN

Sworn to before me this
21st day of June, 2023

NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

# 290225

D.L.S., Inc.
101 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com