UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARLAN GOLDBERG, *et al.*,
                           Plaintiffs,

-v-

BESPOKE REAL ESTATE LLC, *et al.*,
                           Defendants.

23-CV-5614 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      This case was removed from New York Supreme Court, New York County, on June 30, 2023. Counsel for the Plaintiff is directed to file an appearance with this Court no later than July 21, 2023.

      Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by July 14, 2023.

      SO ORDERED.

Dated: July 7, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge