# EXHIBIT A

**Jarrett**

Jan 30, 2021 at 9:09 PM

> U like Schmitt's creek

Jan 31, 2021 at 6:57 AM

Cody it's the FUNNIEST show on television!!

Also good morning and I love you 💙

Feb 3, 2021 at 9:54 AM

Did you just red light me because you think IM A PIECE OF SHIT?

SAY IT

Feb 15, 2021 at 12:00 PM

NIIIIIIIIGGGGGGGGAAAAA

Are we still good for 2pm? If it's better for you I can come earlier.

Feb 16, 2021 at 8:57 AM

> Yo, can you come in at 230 today?

Sure man!

Feb 16, 2021 at 2:41 PM

You ready my nigga!!!?



Mar 31, 2020 at 10:40 AM

Jarrett

Coming by the office today in my NIGGA 95 mask and gloves!!



Apr 7, 2020 at 8:59 AM

Jarrett

Coming in today to talk about rental options for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ my squigga niggas!!





**Jarrett**

Aug 16, 2021 at 10:31 AM

I'll bet you $100 bucks he calls you by EOD and tells you to go live as an on market listing. Obviously it's your relationship but just watch nigga!!

Who

Also I look like a real nigga in this Urus rn

That serial killer who lives on Daniels

And he's a fucking psychopath

I just had to drive him back to his house because I'm a NIIIIIGGGGER!!

Are you coming to office

Obviously. I'm stopping to get you pastry's first!!

Do you want to know why?

Because I love you!!

♥

That's why! No deal with it and let me watch you eat them!!

Can we meet with ▇▇▇ tomorrow or are you going to NYC?