# EXHIBIT D

**To:** Cody Vichinsky[cody̲̲̲̲̲̲̲̲.com]; Zachary Vichinsky[zachary@▇▇▇.com]
**From:** Jarret Willis[jarret▇▇▇.com]
**Sent:** Mon 5/21/2018 4:22:52 AM (UTC)
**Subject:** SUP BOYS

I need to carve out 30 minutes with you two prior to the craziness that starts Thursday and goes through Halloween God willing

Obviously Bespoke is evolving which literally brings tears of joy to my eyes as I write this. I could not be more proud of you two. That being said in order for me to truly perform at my top ninja Jafar ability I need to know what the hell is really going on lol! In all seriousness part of the beauty of your brand is the story and in order for me to relay it I need to know how it is evolving. I don't expect to know the entire back end but I need to know something. Also you are two of my closest friends so you should have told me before anyone else. #blackjewgulit I love you both. Pick a day and give me 30 minutes please.

**To:** Cody Vichinsky[cody@▮▮▮.com]; Zachary Vichinsky[zachary@▮▮▮.com]
**From:** Jarret Willis[jarret@▮▮▮.com]
**Sent:** Fri 8/23/2019 4:02:06 PM (UTC)
**Subject:** ▮▮▮ Farm

I just had a nice conversation with ▮▮▮ and I think I may have been able to Jafar ▮ into using Bespoke Marketing rather than you guys taking on the listing  Very confidentially and NOT to be repeated even to ▮▮▮ is ▮ and ▮ needs to ▮▮▮ as soon as possible. That being said ▮ would like to hop on a call to speak to you about the marketing option. I would just ask you to be delicate as ▮ is ▮▮▮ given the circumstances. Let me know when you guys are free for a call.

| | |
|---|---|
| To: | Cody Vichinsky[cody@▮.com]; Zachary Vichinsky[zachary@▮.com] |
| From: | Jarret Willis[jarret@▮.com] |
| Sent: | Mon 11/16/2020 8:59:18 PM (UTC) |
| Subject: | ▮ |

▮ has agreed to meet me at 9am for a coffee at his house on Sunday. I'd like to sit down or have a call with you to figure out the best way to tackle this thing

Best,

Jafar

**To:** Bespoke Business Development and Sales[bdsales@███████.com]
**Bcc:** cody@███████.com[cody@███████.com]
**From:** Jarret Willis[jarret@███████.com]
**Sent:** Thur 10/28/2021 9:57:34 PM (UTC)
**Subject:** ███████

Fellas,

After Cody & I spoke to ███████ informed me that █ home at ███████ is able to get tennis. Great news.

As far as █ home at ███████ would prefer we price it aspiration-ally as there is a big emotional attachment there.

Best,
Jafar

| | |
|---|---|
| To: | Cody Vichinsky[cody@▮▮▮▮.com]; Zachary Vichinsky[zachary@▮▮▮▮.com] |
| From: | Jarret Willis[jarret@▮▮▮▮.com] |
| Sent: | Sun 12/26/2021 4:10:10 PM (UTC) |
| Subject: | ▮▮▮ |

I think I just convinced ▮▮▮ to buy ▮▮▮'s place at ▮▮▮ and give us ▮▮ listing at the ▮▮. I used the fact that there are still units for sale in his building and everywhere else is sold out  As I mentioned earlier ▮▮ flat out told me ▮ wants to move to ▮▮▮.
Now I need you guys to help me figure out a way to make this happen.

Jafar
--

**Jarret Willis**
NYS LICENSED REAL ESTATE SALESPERSON | VP OF PARALLEL PROGRAM
BESPOKE REAL ESTATE HAMPTONS | MIAMI | MANHATTAN | LOS ANGELES
O: 631.500.9030 | M: 646.248.3268
E  Jarret@▮▮▮▮.com

FOLLOW US ON INSTAGRAM | RECEIVE EMAIL UPDATES

This e-mail and any accompanying attachments is for the named addressees only and may contain confidential information. If you are not the intended recipient, please inform me and delete it from your files, be aware that any disclosure, copying, distribution, or use of the enclosed documents is strictly prohibited. All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All information should be confirmed by customer and professional third parties hired by the customer. All rights to content, photographs and graphics reserved to Broker. Broker is not authorized to bind parties. Real estate contracts are only established by duly executed agreement between the parties.