# EXHIBIT P





**To:**       Cody Vichinsky[cody@bespokerealestate.com]
**From:**     ~Jarret Willis[jarret@bespokerealestate.com]
**Sent:**     Mon 9/19/2016 11:54:44 PM (UTC)
**Subject:**  Re: Cheddddahh

I'm going to give you a serious heads up about him. He is 100% Bipolar. I'm not exaggerating he is insane and completely irrational. Are you sure you want to deal with that? If the answer is yes I will work on setting up a meeting in your office.

Sent from my iPhone

On Sep 19, 2016, at 7:51 PM, Cody Vichinsky <cody@bespokerealestate.com> wrote:

> 100%
>
> All the best,
> Cody Vichinsky
> Co-Founder: Bespoke Real Estate
> 1.631.926.3948 (C)
> 1.631.873.4752 (D)
> 1.631.500.9030 (O)
> Cody@bespokerealestate.com
> Bespokerealestate.com
>
> On Sep 19, 2016, at 7:51 PM, Jarret Willis <jarret@bespokerealestate.com> wrote:
>
>> Do you want me to get you guys that listing?
>>
>> Sent from my iPhone
>>
>> On Sep 19, 2016, at 7:48 PM, Cody Vichinsky <cody@bespokerealestate.com> wrote:
>>
>>> You know Stuart's house is currently on the market for $75m.
>>>
>>> Can you get us the listing?
>>>
>>> All the best,
>>> Cody Vichinsky
>>> Co-Founder: Bespoke Real Estate
>>> 1.631.926.3948 (C)
>>> 1.631.873.4752 (D)
>>> 1.631.500.9030 (O)
>>> Cody@bespokerealestate.com
>>> Bespokerealestate.com
>>>
>>> On Sep 19, 2016, at 7:45 PM, Jarret Willis <jarret@bespokerealestate.com> wrote:
>>>
>>>> So I just had a little birdie tell me that Carol Rahr and Stuart Rahr are getting back together and he sold his house after their divorce. So "Jafar" aka "big dick Jew " aka "squigga man" sent her a ridiculously manipulative text full of Jewish guilt saying that I just got my license with Bespoke Realestate and would really appreciate it if she allowed me to help her find her rental in 2017. Now I know for a fact that they are going to start looking for a house in the Hamptons together to buy

soon so guess who the fuck is getting them to buy something HUGE!!
That's right you boys have turned me to the dark side. I've NEVER felt
more at home!!

BOOM

Sent from my iPhone



**To:**      Cody Vichinsky[cody@bespokerealestate.com]; Zachary Vichinsky[zachary@bespokerealestate.com]
**From:**    Jarret Willis[jarret@bespokerealestate.com]
**Sent:**    Mon 5/21/2018 4:22:52 AM (UTC)
**Subject:** SUP BOYS

I need to carve out 30 minutes with you two prior to the craziness that starts Thursday and goes through Halloween God willing.

Obviously Bespoke is evolving which literally brings tears of joy to my eyes as I write this. I could not be more proud of you two. That being said in order for me to truly perform at my top ninja Jafar ability I need to know what the hell is really going on lol! In all seriousness part of the beauty of your brand is the story and in order for me to relay it I need to know how it is evolving. I don't expect to know the entire back end but I need to know something. Also you are two of my closest friends so you should have told me before anyone else. #blackjewgulit I love you both. Pick a day and give me 30 minutes please.

**To:**     Cody Vichinsky[cody@bespokerealestate.com]
**Cc:**     , Zachary Vichinsky[zachary@bespokerealestate.com]
**From:**   Jarret Willis[jarret@bespokerealestate.com]
**Sent:**   Fri 8/10/2018 3:17:50 PM (UTC)
**Subject:** Re: Bobby San

✔✔✔✔✔✔

On Fri, Aug 10, 2018 at 11:13 AM Cody Vichinsky <cody@bespokerealestate.com> wrote:

Perfect

All the best,
Cody Vichinsky
President: Bespoke Real Estate
1.631.926.3948 (C)
1.631.873.4752 (D)
1.631.500.9030 (O)
Cody@bespokerealestate.com
Bespokerealestate.com

On Aug 10, 2018, at 11:04 AM, Jarret Willis <jarret@bespokerealestate.com> wrote:

Cody I was able to push the meeting to 11am tomorrow morning with Michael Brown. I tried for 9am or 10am but 11 was the only time he had. Please confirm that time works.

On Fri, Aug 10, 2018 at 9:40 AM Jarret Willis <jarret@bespokerealestate.com> wrote:

7pm is going to be too late for him. Can you please give me a time that works for you Saturday morning.

On Fri, Aug 10, 2018 at 12:11 AM Cody Vichinsky <cody@bespokerealestate.com> wrote:

Never mind - how about 7ish or Saturday morning?
4pm is too tight for me.

All the best,
Cody Vichinsky
President: Bespoke Real Estate
1.631.926.3948 (C)
1.631.873.4752 (D)
1.631.500.9030 (O)
Cody@bespokerealestate.com
Bespokerealestate.com

On Aug 9, 2018, at 7:17 PM, Jarret Willis <jarret@bespokerealestate.com> wrote:

BTW Michael Brown just confirmed for our 4pm meeting at his house tomorrow Cody. I'm going to start it off by walking in and punching him in the face!!

On Thu, Aug 9, 2018 at 7:12 PM Jarret Willis <jarret@bespokerealestate.com> wrote:

That's clearly NOT true. Let me speak to his crazy ass Sunday morning. There's a strong possibility you will be able to show your buyer Sunday afternoon after I'm done with his

batshit crazy ass. I'm in MAJOR Jaffar Mode again!!! I'M DEAD SERIOUS!

On Thu, Aug 9, 2018 at 7:03 PM Zachary Vichinsky <zachary@bespokerealestate.com> wrote:

We had a client who wanted to see the house today.

He told us (through his brokers) we couldn't see until post Labor day, and its off the market until that point.

Zachary Vichinsky

Co Founder -Bespoke Companies

903 Montauk Highway, Watermill NY 11976

1.631.500.9030 (O)

1.631.766.0945 (C)

Bespoke Real Estate

Bespoke Marketing

**From:** Jarret Willis <jarret@bespokerealestate.com>
**Date:** Thursday, August 9, 2018 at 6:54 PM
**To:** Cody Vichinsky <cody@bespokerealestate.com>, Zachary Vichinsky <zachary@bespokerealestate.com>
**Subject:** Bobby San

I'm meeting with him at his house at 10am on Sunday. Looks like he finallly realized that Bespoke is the motherfuckinshit! And he needs to list his house with us!!! Squigga Nigga Out

**To:**   Cody Vichinsky[cody@bespokerealestate.com]
**Cc:**   Zachary Vichinsky[zachary@bespokerealestate.com]
**From:**   Jarret Willis[jarret@bespokerealestate.com]
**Sent:**   Fri 1/11/2019 7:56:04 PM (UTC)
**Subject:**   Re: dan holzmann juice plus

Let me Jafar his ass!! He will be with you guys VERY soon.

Additionally I had dinner with the owners of Hook Pond and they were so impressed with you guys. They want to meet when they get back from Aspen in two weeks. Maybe you realize this, maybe you don't but when you two pitch together there isn't a seller out there who isn't attainable. You two are a perfectly brilliant beautiful team. THATS the magic guys. I mean that. It's an honor to witness. I love you both.

On Fri, Jan 11, 2019 at 12:55 PM Cody Vichinsky <cody@bespokerealestate.com> wrote:

We do have a relationship to that seller.
Why is he working with rosehip - they don't have a single listing, or more importantly any connectivity to what/where he is seeking and or trying to accomplish.

There are also better options.

Let's do it.

**Cody Vichinsky**
President

**Bespoke Real Estate**
903 Montauk Highway
Water Mill, NY 11976

**C.** 1.631.926.3948
**D.** 1.631.873.4752
**O.** 1.631.500.9030

cody@bespokerealestate.com
bespokerealestate.com



FOLLOW US ON INSTAGRAM | RECEIVE EMAIL UPDATES

This information is intended only and may contain confidential information. If you are not the intended recipient, please inform us immediately. This information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All information should be confirmed by customer. All square footage is approximate. All rights to content, photographs and graphics reserved to broker. Broker is not responsible for typographical errors. This is not a solicitation if your property is currently listed. This is not meant to solicit properties already listed. No binding contracts are only established by duly executed agreement between the parties.

On Jan 11, 2019, at 12:46 PM, Jarret Willis <jarret@bespokerealestate.com> wrote:

Apa just connected me with this guy. Just sold his company for 1.2 billion. He's looking to rent then purchase out east. Perhaps we can convert him to a buyer in NYC as well.

Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day



4:30

Jarret ›

Nothing. Did you ever email him?

I didn't see there info – Maybe overlooked ..

I emailed it last night!

Aug 12, 2018 at 12:15 PM

Did you ever email Jesse & Ayesha?

Aug 13, 2018 at 9:45 AM

Anything from Jesse?

Aug 13, 2018 at 11:47 PM

Nope

Mar 12, 2019 at 6:55 PM

I hope you are having a great time in Miami. I can't wait for us all to be a family together in August! We are going to have such a great time traveling together. You and I will have to be carrying 38 bags but it will still be great!! I love you.

Lol. Love you too

Subject

Message

Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day



**To:**     Cody Vichinsky[cody@bespokerealestate.com]; Zachary Vichinsky[zachary@bespokerealestate.com]
**From:**   Jarret Willis[jarret@bespokerealestate.com]
**Sent:**   Fri 8/23/2019 4:02:06 PM (UTC)
**Subject:** Campbell Horse Farm

I just had a nice conversation with Barbara and I think I may have been able to Jafar her into using Bespoke Marketing rather than you guys taking on the listing. Very confidentially and NOT to be repeated even to her Barbara's husband is dying and she needs to sell this piece as soon as possible. That being said she would like to hop on a call to speak to you about the marketing option. I would just ask you to be delicate as she is emotionally shot given the circumstances. Let me know when you guys are free for a call.

Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day

4:32                    .ıl 5G+ 92

< 123        JW        ◻️

            Jarret ›

        Dec 7, 2019 at 6:39 AM

Zach I'm fortunate to have a good
group of friends but I can honestly
say that YOU are one of the only
friends who actually and genuinely
loves me as much as I love you. I will
never be able to articulate how much
you mean to me. Thank you for being
who you are. I love you Zach.

        Dec 13, 2019 at 10:33 AM

    Call Cody if it can re what to say to
    GC

        Dec 22, 2019 at 9:04 PM





    Subject

⬜️ Ⓐ)  Message                    🎤

✳️  Ⓐ  🔍  📶  Cash  ◎  😊  🎮

Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day



4:33                    .ıl 5G+ 92

‹ 125          JW          ⊡◀
              Jarret ›

Thanks man. Love u too. Have great
trip.

Thank you. I really hope you guys can
come with us one of these times. It's
my most magical place and I would
love to be there with you. I love you
so much Zach and my heart swells
with pride when I think about who
you are as a father, friend and
businessman.

            Mar 14, 2020 at 5.46 PM

Sup nigga!!!!

            Where you at , chocolate Corona

Hahahahaha hahahahaha!! You have
to come to the shop tomorrow man!
We got mad shit for you son!!

I'm home getting ready to put the
baby in the bath.

You around manana?

            I was calling to see if your there 630
            tnight.

            Nicole and i going to eat something.
            All good. Will come by tomorrow.

            Subject

            iMessage



Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day



Thank you Zach. That means the
world to me. And so do you. I love
you🖤

Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day

**4:33**  .il 5G+ 92

< 123    JW    □<
Jarret

May 19, 2020 at 9:10 PM

View album "Recents"



May 20, 2020 at 8:53 AM

Austin thinks my head is a balloon!!!

Additionally I'm so in love with him. I just wanted to pick him up and kiss him the other day 🖤



Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day



4:35    .ul 5G+ 92

< 123    JW    📷
Jarret

know when you have time.

Jul 26, 2020 at 5:01 PM

TapeACall prob

Pro

Ok I'll download it now.

I will REALLY play up everything.
Meaning how down I am and how
hard it is to make money anywhere.
He'll fall right in.

And thank you for those splits on the
small deals Zach. As embarrassing as
it is to admit as a man every single
penny matters. I'm doing zero money
at the store essentially so you are
helping me more than you know.
Thank you Zach.

all good.. don't push it with GC- I just
need him talking about lawsuits-
badmouthing me and Bepsoke-
Prestons involvement- new company
etc. let him call you, no need to call
him, it will smell.

I'm 100% on it!

Subject

📷  🅰  iMessage    🎤

✳  🅰  📷  🎵  ⚫Cash  ◎  😀  📷

**To:**      Cody Vichinsky[cody@bespokerealestate.com], Zachary Vichinsky[zachary@bespokerealestate.com]
**From:**    Jarret Willis[jarret@bespokerealestate.com]
**Sent:**    Sun 7/12/2020 5:14:48 PM (UTC)
**Subject:** Bronfman

Fellas I just got the official green light to send Clarissa & Edgar Bronfman homes. This is something I have been working hard to do for years. As I mentioned earlier they are open to doing a project so it does not have to be new construction. They do however need no less than 7 bedrooms with room for staff. Pool or pools with tennis are a must. They are extremely partial to water as well. I would think something off market would be super sexy to them.  Let's not over load them with options. Here is the email when you are ready cab@claribomba.com.

Best,
Jafar

**To:**       Cody Vichinsky[cody@bespokerealestate.com]
**From:**     Jarret Willis[jarret@bespokerealestate.com]
**Sent:**     Tue 7/28/2020 12:08:13 AM (UTC)
**Subject:**  178 Bay Lane

Nasser just asked me if Adam Miller sent the contract to his lawyer Jeff. He also wants me represent them on an inspection. That's obviously impossible. Just letting you know what Nasser is communications to me. If you have time to talk I'm up now for the next 15 minutes. I'd love to hear your voice.

Best,
Jafar

**To:**      Cody Vichinsky[cody@bespokerealestate.com], Zachary Vichinsky[zachary@bespokerealestate.com]
**From:**    Jarret Willis[jarret@bespokerealestate.com]
**Sent:**    Sun 8/9/2020 10:10:31 PM (UTC)
**Subject:** Land

Niggas Z & C

I need an acre of land or 3/4 of an acre off market north of the highway in an area that isn't too woodsy. Maybe one of those lots by Fair Hills. They want to be all in at $3,500,000 with construction of a 4,500sq ft home. Can you help me out? NIGGAS NIGGAS NIGGAS NIGGAS NIGGAS!!! SAY IT FUCKING SAY IT! NIIIIIIIIIIGGGGGGGGGEEEEERRR! Don't forget Cody your brother started an new movement it's called JLMTM Jewish Lives Matter The Most!

Jafar

**To:**      Cody Vichinsky[cody@bespokerealestate.com]; Zachary Vichinsky[zachary@bespokerealestate.com]
**From:**    Jarret Willis[jarret@bespokerealestate.com]
**Sent:**    Mon 11/16/2020 8:59:18 PM (UTC)
**Subject:** Bobby Sahn

Bobby has agreed to meet me at 9am for a coffee at his house on Sunday. I'd like to sit down or have a call with you to figure out the best way to tackle this thing.
Best,
Jafar





**To:**     Cody Vichinsky[cody@bespokerealestate.com]; Zachary Vichinsky[zachary@bespokerealestate.com]
**From:**   Jarret Willis[jarret@bespokerealestate.com]
**Sent:**   Sat 2/6/2021 5:45:24 PM (UTC)
**Subject:** Activation

I just activated Adam Englander from JP Morgan. He's a baller and said "that's the smartest thing I've ever heard you say" when I told him the plan. This thing is going to be HUGE like Jacobi's D!! I love you both and thank you again for allowing me to officially wear the Bespoke Badge✔
Jafar

11:45

‹ 56     **J**     📹
Jarrett

Aug 18, 2021 at 18:31 AM

I'll bet you $100 bucks he calls you by EOD and tells you to go live as an on market listing. Obviously it's your relationship but just watch nigga!!

Who

Also I look like a real nigga in this Urus rn

That serial killer who lives on Daniels

And he's a fucking psychopath

I just had to drive him back to his house because I'm a NIIIIGGGGER!!

Are you coming to office

Obviously. I'm stopping to get you pastry's first!!

Do you want to know why?

Because I love you!!



That's why! No deal with it and let me watch you eat them!!

Can we meet with Charlie tomorrow or are you going to NYC?

    iMessage    

       

**To:**      Cody Vichinsky[cody@bespokerealestate.com]; Zachary Vichinsky[zachary@bespokerealestate.com]
**From:**    Jarret Willis[jarret@bespokerealestate.com]
**Sent:**    Tue 9/7/2021 3:17:57 PM (UTC)
**Subject:** Sophia Johlson Bespoke Parallel

I had a great conversation with her this weekend about hanging her liscence with Bespoke and leaving DE. She seems ready to make the switch. As you know she could be a weapon for Bespoke(specifically Palm Beach). She is in the Hamptons for the next 2 months then heads down to Miami.

@Cody I know you are slammed with everything up North so I'm not sure if it's practical to have her come into the office next week or if it would be better to have a zoom call with Zach.

Let me know how you guys want to proceed on this.

Jafar

**To:**      Cody Vichinsky[cody@bespokerealestate.com]; Devrim Kucuk[devrim@bespokerealestate.com]; Joseph De Sane[jd@bespokerealestate.com]; Zachary Vichinsky[zachary@bespokerealestate.com]
**From:**    Jarret Willis[jarret@bespokerealestate.com]
**Sent:**    Wed 9/8/2021 9:00:26 PM (UTC)
**Subject:** 460 West 49th

Fellas please find photos below of Charles's home in Hells Kitchen. This could be a good one for us. Joe you fucking crushed the call!!
https://share.icloud.com/photos/0LzW8kaOMVFXtVO-m0ZgLEDMg

Jafar

**To:**      Cody Vichinsky[cody@bespokerealestate.com]; Zachary Vichinsky[zachary@bespokerealestate.com]
**From:**    Jarret Willis[jarret@bespokerealestate.com]
**Sent:**    Thur 9/9/2021 1:08:19 PM (UTC)
**Subject:** Listing Procurement Recap Update

Fellas,

Julie Kling 276 CPW wants to list in the $12,000,000 plus range. She's ready for a follow up conversation. Cody I'd like you to take the lead on this and bring it home.

Charles 460 West 49th is ready for the next step after a great call last night with Joe D, Dev & I. He needs to clear $10,000,000 after all commissions & marketing costs. We are going to attempt a photo shoot date in the coming weeks. The triplex is currently rented short term to a Sex & The City cast member. As long as we schedule accordingly we should be able to get this one up.

@Cody I understand that I DO NOT understand how busy you are but we really need to make some time for Charlie Walk. He is best friends with Alicia Goldstien who is running the Raleigh in Miami amongst countless others. Potentially Bespoke's best weapon for The Parallel Program.

I'd also like to re-engage Ivan from Related for several reasons. He's back from his honeymoon this week. Remember Related needs to spend hundreds or millions before year end. Cayanetas could be a perfect play for them.

Jafar

**To:**       Bespoke Business Development and Sales[bdsales@bespokerealestate.com]
**Bcc:**      cody@bespokerealestate.com[cody@bespokerealestate.com]
**From:**     Jarret Willis[jarret@bespokerealestate.com]
**Sent:**     Thur 10/28/2021 9:57:34 PM (UTC)
**Subject:**  105 Jobs Lane & 279 CPW 8A

Fellas,

After Cody & I spoke to Julie Kling she informed me that her home at 105 Jobs Lane is able to get tennis. Great news.

As far as her home at 279 CPW she would prefer we price it aspiration-ally as there is a big emotional attachment there.

Best,
Jafar

**To:**     Cody Vichinsky[cody@bespokerealestate.com]; Zachary Vichinsky[zachary@bespokerealestate.com]
**From:**   Jarret Willis[jarret@bespokerealestate.com]
**Sent:**   Sun 12/26/2021 4:10:10 PM (UTC)
**Subject:** Ken Sieff

I think I just convinced Ken to buy Susser's place at the Four Seasons and give us his listing at the Arte. I used the fact that there are still units for sale in his building and everywhere else is sold out. As I mentioned earlier Susser flat out told me he wants to move to Palm Beach.

Now I need you guys to help me figure out a way to make this happen.

Jafar

--
Jarret Willis
NYS LICENSED REAL ESTATE SALESPERSON | VP OF PARALLEL PROGRAM
BESPOKE REAL ESTATEHAMPTONS | MIAMI | MANHATTAN | LOS ANGELES
O: 631.500.9030 | M: 646.248.3268
E: Jarret@bespokerealestate.com
bespokerealestate.com



FOLLOW US ON INSTAGRAM | RECEIVE EMAIL UPDATES

This e-mail and any accompanying attachments is for the named addressees only and may contain confidential information. If you are not the intended recipient, please inform me and delete it from your files, be aware that any disclosure, copying, distribution, or use of the enclosed documents is strictly prohibited. All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All information should be confirmed by customer and professional third parties hired by the customer. All rights to content, photographs and graphics reserved to Broker. Broker is not authorized to bind parties. Real estate contracts are only established by duly executed agreement between the parties.



Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day



4:39

JW
Jarret

Feb 3, 2022 at 11:50 AM

Happy Birthday my man!! I love you
and I'm proud of you every day.

Feb 3, 2022 at 12:54 PM

Thanks brother. Love u too

Feb 9, 2022 at 7:38 PM

Hey brother. Can you meet me
tomorrow ? I made a mistake and
need your advice/help.

What's wrong man? Of course. Just
tell me when and where.

Can t get into now. With kids and
nicole getting ready for bed. I have
pounding headache. Can we go to
lunch tomorrow ? Can you come to
Mia ?

Sorry man. There's literally NOTHING
I wouldn't do for you. I will come to
Miami and meet you. What time?

Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day



Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day



She was so little here. Picking out shorts for daddy

Wed, May 11 at 7:17 AM

Good morning my niiiiiggggggggaaaaa

Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day



Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day

4:50 5G+ 88

123

CV JW

2 People

Sun, Jun 19 at 6:54 AM

Jarret Willis

JW: Happy Fathers Day fellas!! I hope you guys have a wonderful day.

Sun, Jun 19 at 11:50 AM

Thank J. You too

Jarret Willis

JW: Thanks man 🩶

Sun, Jun 19 at 8:03 PM

Cody Vichinsky

CV: Thanks J - hope you had a nice day

Sun, Jun 19 at 9:46 PM

Jarret Willis

JW: Thank you 🩶

Mon, Jun 27 at 5:23 PM

Jarret Willis

Sup fellas. I know this week/weekend is going to be nuts but this also means that I have an audience like no other(lutnick was hanging with me for an hour) and a way to spread the 1% gospel. I'm ready to be activated squiggas.

Subject

iMessage

Cash



Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day



Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day



Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day



Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day

4:51 5G+ 87

123

CV JW

2 People

Jarret Willis

JW Hahahahaha!! It's going out today squigas!! I should have confirmation by the time I land🤑🤑🤑

Fri, Sep 30 at 4:39 PM

Jarret Willis

JW Let's pick our heads up for just a minute and acknowledge what we just did. Bespoke could and should be a global brand. London, Dubai Italy. Keep up the incredible work fellas. It's such an honor to be a part of this company. I am so incredibly proud of you both.

Thu, Oct 6 at 10:26 AM

Jarret Willis

JW I'm going to comb through everything later this afternoon and shoot them over to you guys. Do you want the text messages in an email?

Just send to kayt and I. You can send the texts in text message

Jarret Willis

JW Ok got it.

Mon, Oct 10 at 12:40 PM

Jarret Willis

Subject

iMessage

Cash

