# EXHIBIT Q

## INSTAGRAM COMMUNICATION -MARCH 2021



## INSTAGRAM COMMUNICATION -MARCH 2021



INSTAGRAM COMMUNICATION - MARCH 2021



# INSTAGRAM COMMUNICATION - FEBUARY 2021




**JUNE - 2022**



October 2021

## TEXT COMMUNICATION -AUGUST 2021



## INSTAGRAM COMMUNICATION -DECEMBER 2021





INSTAGRAM COMMUNICATION -JANUARY 2022





INSTAGRAM COMMUNICATION - JULY 2022





**October - 2021**



# November 11th, 2021



# December 2021



November 11th, 2021



Date: Aug 17ʰ, 2021

Blue= Lisa

Black and White-



**OCTOBER 2021**




## INSTAGRAM COMMUNICATION -JANUARY 2022



# INSTAGRAM CONVERSATIONS



# Date: Aug 12ᵗʰ, 2021
Blue= Lisa
Black and White-

