# EXHIBIT R

Zachary Vichinsky Text Messages with Jarret Willis – Aug 2018- current day

