UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HARLAN GOLDBERG, et al,

                Plaintiffs,                    **23-CV-5614 (JPO) (VF)**

    -against-                                  **ORDER**

BESPOKE REAL ESTATE LLC, et al,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

    The parties are directed to submit a status update by no later than August 30, 2024.

    **SO ORDERED.**

DATED:    New York, New York
               May 30, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge