**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HARLAN GOLDBERG et al.,

                              Plaintiffs,

                -against-

BESPOKE REAL ESTATE LLC, et al.,

                             Defendants.
-----------------------------------------------------------------X

**23-CV-5614-JPO-VF**

**ORDER DIRECTING STATUS**
**UPDATE**

**VALERIE FIGUEREDO, United States Magistrate Judge**

       The parties are directed to submit a joint status update as to the status of discovery on or

before **Friday, January 31, 2025**.

       **SO ORDERED.**

DATED:     New York, New York
           December 2, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge