UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HARLAN GOLDBERG, et al,

                              Plaintiffs,                  **23-CV-5614 (JPO) (VF)**

            -against-                              **ORDER**

BESPOKE REAL ESTATE LLC, et al,

                              Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

The parties are directed to submit a joint status update by no later than **June 30, 2025**.

**SO ORDERED.**

DATED:     New York, New York
              May 9, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2