UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------X  
HARLAN GOLDBERG, et al,

                      Plaintiffs,              **23-CV-5614 (JPO) (VF)**

    -against-                                    **ORDER**

BESPOKE REAL ESTATE LLC, et al,

                      Defendants.  
------------------------------------------------------------------X  
**VALERIE FIGUEREDO, United States Magistrate Judge**

The parties are directed to submit a joint status update by no later than **September 30, 2025**.

    **SO ORDERED.**

DATED:    New York, New York  
                August 6, 2025

                                              _____  
                                              VALERIE FIGUEREDO  
                                              United States Magistrate Judge