**MMP&S**

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**
ATTORNEYS AT LAW

1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516. 712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

December 24, 2025

**VIA ECF**
The Honorable Magistrate Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

> Re:    *Goldberg et al. v. Bespoke Real Estate LLC et al.*
> SDNY Docket No.    :    1:23-cv-05614-JPO-VF
> Our File No.    :    420-24144

Dear Honorable Magistrate Judge Figueredo:

We represent Defendants, *Bespoke Real Estate LLC, Bespoke Luxury Marketing LLC, Bespoke Real Estate Florida LLC, Zachary Vichinsky and Cody Vichinsky*, in the above-referenced matter. We respectfully submit this correspondence, jointly with counsel for Plaintiffs, to inform Your Honor that a mediation date has been scheduled and to request a stay of all discovery-related obligations until after that date should the parties be unable to resolve this matter at mediation.

On December 1, 2025, the parties submitted a joint status letter informing the Court of their agreement to proceed to private mediation before Martin F. Scheinman (*see* **ECF** #83). The parties have since scheduled their virtual mediation session before Mr. Scheinman for February 5, 2026. In connection with same, the parties respectfully request that all current discovery deadlines and obligations be stayed until March 9, 2026, so that the parties can focus their time and resources on concerted efforts to reach a negotiated resolution at mediation.

The parties remain available should Your Honor require additional information concerning this joint request. We thank the Court for its time and consideration.

Very truly yours,

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

*Christopher Giovinco*

Christopher Giovinco, Esq.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: December 29, 2025

The requested stay is GRANTED. The parties are directed to file a status update on or by **March 9, 2026**. The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 85.