# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

ATTORNEYS AT LAW

1000 WOODBURY ROAD     SUITE 402     WOODBURY, NY 11797
TELEPHONE: 516. 712.4000     FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

February 9, 2026

**VIA ECF**
The Honorable Magistrate Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

> Re:     *Goldberg et al. v. Bespoke Real Estate LLC et al.*
> SDNY Docket No.     :     1:23-cv-05614-JPO-VF
> Our File No.     :     420-24144

Dear Honorable Magistrate Judge Figueredo:

We represent Defendants, *Bespoke Real Estate LLC, Bespoke Luxury Marketing LLC, Bespoke Real Estate Florida LLC, Zachary Vichinsky and Cody Vichinsky*, in the above-referenced matter. We respectfully submit this correspondence, jointly with counsel for Plaintiffs, to inform Your Honor that the mediation previously scheduled for February 5, 2026 has been rescheduled to take place on March 24, 2026 due to logistical and personal reasons on the part of both parties and their respective counsel.

On December 29, 2025, this Court granted the parties' request for a stay of all discovery-related obligations until March 9, 2026 to allow the parties the opportunity to focus their time and resources on concerted efforts to reach a negotiated resolution at mediation. Since mediation is now set to occur on March 24, 2026, the parties respectfully request an extension of the current stay until April 27, 2026.

The parties remain available should Your Honor require additional information concerning this joint request. We thank the Court for its time and consideration.

Very truly yours,

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

*Christopher Giovinco*

Christopher Giovinco, Esq.

WOODBURY, NEW YORK  ▪  PURCHASE, NEW YORK
NEW JERSEY  ▪  CONNECTICUT  ▪  FLORIDA  ▪  PENNSYLVANIA

cc:     **VIA ECF**
        Brandon M. Zlotnick
        Adam Leitman Bailey, P.C.
        One Battery Park Plaza, 18th Floor
        New York, NY 10004
        212-825-0365
        bzlotnick@alblawfirm.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: February 10, 2026**

The stay is GRANTED. The parties are directed to file a joint status update on the outcome of mediation by **April 28, 2026**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 87.

2