UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HARLAN GOLDBERG, et al,

                         Plaintiffs,

            -against-

BESPOKE REAL ESTATE LLC, et al,

                       Defendants.
-----------------------------------------------------------------X

**23-CV-5614 (JPO) (VF)**

**<u>SCHEDULING ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      This case has been pending since 2023. Although it was recently stayed to allow the parties an opportunity to engage in mediation, the parties had an opportunity to engage in discovery prior to the most recent attempt at settlement. As such, the request for a fact discovery deadline of February 26, 2027 is unreasonable. <u>See</u> ECF No. 89. The following deadlines are hereby ordered:

- Depositions will be completed by **<u>September 30, 2026</u>**;

- Fact discovery will close on **<u>October 31, 2026</u>**; and

- Expert discovery will close on **<u>December 31, 2026</u>**.

      **SO ORDERED.**

DATED:    New York, New York
           April 30, 2026

                                      _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge

1